# EXHIBIT 4

Michael A. Gehret (#11890)
Scott A. Wiseman (#16199)
SNELL & WILMER L.L.P.
Gateway Tower West
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mgehret@swlaw.com
       swiseman@swlaw.com

*Attorneys for Defendant Comcast Corporation*

## IN THE THIRD JUDICIAL DISTRICT COURT FOR
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| **BRIAN BAKER**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**COMCAST CORPORATION,**<br><br>    Defendant. | NOTICE OF FILING<br>NOTICE OF REMOVAL<br><br>Civil No. 190906369<br><br>Judge Barry Lawrence |

    Please take notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, on this date Defendant Comcast Corporation filed a Notice of Removal in the United States District Court for the District of Utah. A file-stamped copy of the Notice of Removal is attached hereto as Exhibit 1.

    DATED this 13th day of September, 2019.

                              Snell & Wilmer L.L.P.


                              /s/ *Michael A. Gehret*
                              Michael A. Gehret
                              Scott A Wiseman
                              *Attorneys for Defendant Comcast Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** was delivered to all counsel for parties at interest in this cause by placing a true and correct copy of the same in the United States mail, postage prepaid, in a properly addressed envelope, and by email, as follows:

Adam Gonnelli, Esq.
THE SULTZER LAW GROUP P.C.
280 Highway 35, Suite 304
Red Bank, NJ 07701
Gonnellia@thesultzerlawgroup.com

and

Brent R. Baker
Christopher B. Snow
CLYDE SNOW & SESSIONS
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111-2216
brb@clydesnow.com
cbs@clydesnow.com

                                                                  */s/ Michael A. Gehret*

4827-9826-0645.1