# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BRIAN BAKER,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**COMCAST CORPORATION,**<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Civil No. 2:19-cv-00652-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Having considered the Stipulated Motion for Extension of Time to Respond to Complaint filed by Defendant Comcast Corporation ("Comcast") and Plaintiff Brian Baker ("Plaintiff") and for good cause appearing, it is hereby ORDERED that the Motion is GRANTED. Comcast shall have until October 18, 2019 to file an answer or otherwise responsive pleading to Plaintiff's complaint.

DATED this 17 September 2019.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah