AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

BRIAN BAKER,

Plaintiff,

v.

COMCAST CORPORATION,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00652

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice.

July 10, 2020

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge

2

2